UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLEN ETTMAN

                            Claimant,

                                                                     **ANSWER**

        -against-

                                                                          08 Cv 4326 (RPP)

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND i/s/h/a
NY DISTRICT COUNCIL OF CARPENTERS

                            Defendant.
------------------------------------------------------------------X

        Defendants, THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND i/s/h/a NY DISTRICT COUNCIL OF CARPENTERS, by its attorneys O'DWYER & BERNSTIEN, LLP, hereby answers the Notice of Claim and Summons to Appear as follows:

        1.     Defendant denies the allegations contained in Claimant's Notice of Claim and Summons to Appear.

## DEFENSES

### FIRST DEFENSE

        2.     The Notice of Claim and Summons to Appear fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

        3.     Claimant's claim in the Notice of Claim and Summons to Appear is time barred, in whole or in part, by the applicable statute of limitations.

### THIRD DEFENSE

4. The Notice of Claim and Summons to Appear is barred by the doctrine of laches.

**FOURTH DEFENSE**

5. The Notice of Claim and Summons to Appear is barred by the doctrine of unjust enrichment.

**FIFTH DEFENSE**

6. The Notice of Claim and Summons to Appear is barred by Plaintiff's failure to exhaust administrative remedies prior to filing suit.

**WHEREFORE**, Defendant requests judgment against Claimant with respect to the claims asserted in the Notice of Claim and Summons to Appear, dismissing the Notice of Claim and Summons to Appear in the above action, together with costs and disbursements and any other relief this Court deems just and proper.

Yours, etc,

O'DWYER & BERNSTIEN, LLP
Attorneys for Defendant

By: _____
ANDREW GRABOIS (AG 3192)
52 Duane Street, 5th Floor
New York, NY 10007
Tel. No. (212) 571-7100
Fax No. (212) 571-7124

Dated: New York, New York
May 13, 2008