STATE OF NEW YORK      )
                                              :SS.:
COUNTY OF NEW YORK   )

    RICH GAGE, being sworn, says:  I am not a party to the action, am over 18 years of age and reside in BROOKLYN, NEW YORK.

    On the 13th day of May, 2008, I served Defendant's **ANSWER** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Mr. Glen Ettman
        1725 Kenyon Avenue
        So. Plainfield, New Jersey 07080

_____
RICH GAGE

Sworn to before me this
29th day of May, 2008

_____
NOTARY PUBLIC

RAUL GARCIA
Notary Public, State of New York
No. 02GA6056458
Qualified in Kings County
Commission Expires April 2, 20___