UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLEN ETTMAN

                      Claimant,

                                                      INITIAL RULE 26(a)(1)
   -against-                                          DISCLOSURES

                                                     08 Cv 4326 (RPP)

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND i/s/h/a
NY DISTRICT COUNCIL OF CARPENTERS

                      Defendant.
------------------------------------------------------------------X

        Defendant, THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND i/s/h/a NY DISTRICT COUNCIL OF CARPENTERS, by its attorneys O'DWYER & BERNSTIEN, LLP, hereby provide the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses, unless solely for impeachment, identifying the subjects of the information.

                Claimant Glen Ettman
                1725 Kenyon Martin
                South Plainfield, New Jersey 07080
                (908) 922-6555
                Subject is liability

                Mr. Robert Ward
                Manager, Pension Fund
                The New York City District Council of Carpenters Pension Fund
                395 Hudson Street, 9th Floor
                New York, New York 10014
                (212) 366-7500

    Subject is liability

(B) A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and the disclosing party may use to support its claim or defenses, unless solely for impeachment.

    The Agreement and Declaration of Trust Establishing the New York City District Council of Carpenters Pension Fund.

    The New York City District Council of Carpenters Pension Fund Summary Plan Description.

    The New York City District Council of Carpenters Pension Fund Plan Document.

    A benefit credit spreadsheet created by Robert Ward for Claimant Ettman for the period of August of 2003 through May of 2006.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

    For Claimant Ettman, estimated costs, fees, disbursements, and attorneys' fees all to be computed at a later date.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Defendants are not aware of an insurance policy that would be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Yours, etc,

O'DWYER & BERNSTIEN, LLP
Attorneys for Defendant
52 Duane Street, 5th Floor
New York, NY 10007
Tel. No. (212) 571-7100
Fax No. (212) 571-7124

By: _____
ANDREW GRABOIS (AG 3192)

Dated: New York, New York
       June 4, 2008

To:  Glen Ettman
     1725 Kenyon Martin
     South Plainfield, New Jersey 07080
     (908) 922-6555

3