*Patterson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GLEN ETTMAN

                Claimant,

    -against-

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND i/s/h/a
NY DISTRICT COUNCIL OF CARPENTERS

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

STIPULATION OF
DISMISSAL

08 Cv 4326 (RPP)

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Claimant, GLEN ETTMAN hereby dismisses the above-captioned action against the Defendant, THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND i/s/h/a NY DISTRICT COUNCIL OF CARPENTERS with prejudice. Upon signature by Claimant below, this stipulation shall be submitted to the Court to be "So ordered".

Dated: New York, New York
       June 20, 2008

_____
GLEN ETTMAN
Claimant
1725 Kenyon Avenue
So. Plainfield, New Jersey 07080

_____
ANDREW GRABOIS (AG 3192)
O'DWYER & BERNSTIEN, LLP
Attorney for Plaintiffs
52 Duane Street, 5th Floor
New York, New York 10007

So Ordered:

_____
Judge Robert P. Patterson

July 8, 2008